ORIGINAL

1  STEVEN B. LEHAT, CA BAR NO. 092798
   LAW OFFICE OF STEVEN B. LEHAT
2  895 DOVE STREET, THIRD FLOOR
   NEWPORT BEACH, CALIFORNIA 92660
3

4  Attorney for Plaintiff, ERIT MC TERNAN

Priority  X
Send      —
Enter     —
Closed    —
JS-6      X
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIT MC TERNAN,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL COMMODITIES CORPORATION, INC.; AMERICAN INTERNATIONAL CURRENCY EXCHANGE, INC.; AMERICA FINANCIAL TRADING CORPORATION; TED ROMEO; SAM GOLDMAN; SHAUNA ROMEO; GATEWAY TRADING; LIBERTY FINANCIAL TRADING; SIZER AND GOLDSTEIN; and DOES 1-100, inclusive.<br><br>Defendants, | CASE NO. CV 04-8159 TJH (RZX)<br>[Before The Hon. Terry J. Hatter, Jr.]<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

///
///
///

[PROPOSED] ORDER FOR DISMISSAL
-1-

1 ///

2   The Court, having reviewed the stipulation of the parties, and for good cause
3 appearing, orders the case dismissed with prejudice as to all defendants.

5   IT IS SO ORDERED.

6 Dated: January /6, 2008

        The Honorable Terry J. Hatter, Jr.
        U.S. DISTRICT COURT JUDGE

# PROOF OF SERVICE

McTernan v. National Commodities

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, CA 92614.

     On January 14, 2008, I served the following document(s) described as **(PROPOSED) ORDER OF DISMISSAL,,** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| Steven B. Lehat, Esq.<br>895 Dove Street, 3rd Floor<br>Newport Beach, CA 92660 | Telephone: (949) 786-6461<br>Fax: (949) 786-6469<br>kirk@downinglaw.us<br>Counsel For Plaintiff |
| Francisco O. Sanchez, Esq.<br>HomerBonner, P.A.<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, FL 33131 | Telephone: (305) 350-5100<br>Fax: (305) 982-0076<br>fsanchez@homerbonner.com<br>Lead Counsel For Defendants |

[X] (By U.S. Mail) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

[ ] (By Personal Service) I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 14, 2008, at Irvine, California.

                                                                  */s/ Liz C. Roberts*<br>
                                                                  LIZ C. ROBERTS

303891.1